Gary M. Kaplan (State Bar No. 155530)
 gkaplan@fbm.com
Eugene Y. Mar (State Bar No. 227071)
 emar@fbm.com
Hilary C. Krase (State Bar No. 318762)
 hkrase@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff and Counter Defendant VISA
INTERNATIONAL SERVICE ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA INTERNATIONAL SERVICE ASSOCIATION,<br><br>  Plaintiff,<br><br>vs.<br><br>BANKISLAMI PAKISTAN LIMITED,<br><br>  Defendant.<br><hr>BANKISLAMI PAKISTAN LIMITED,<br><br>  Counter Claimant,<br><br>vs.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION,<br><br>  Counter Defendant. | Case No.: 3:20-cv-01786-VC<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST FOR DISMISSAL
w/PREJUDICE / Case No. :20-cv-01786-VC

36827\14002866.1

Plaintiff and Counter Defendant Visa International Service Association ("Visa") and Defendant and Counterclaimant BankIslami Pakistan Limited ("BankIslami") have resolved the issues between them arising from the above-entitled action and have entered into a binding settlement agreement without any admissions whatsoever. Each of the parties hereby stipulate and agree through their respective counsel to dismiss the present action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own costs, attorneys' fees and other expenses arising from or relating to this litigation.

DATED: March 19, 2021.                FARELLA BRAUN + MARTEL LLP


                                      By: _/s/ Eugene Y. Mar_
                                              Eugene Y. Mar

                                      Attorneys for Plaintiff
                                      VISA INTERNATIONAL SERVICE ASSOCIATION


DATED: March 19, 2021.                CONSTANTINE CANNON


                                      By: _/s/ David A. Scupp_
                                              David A. Scupp

                                      Attorneys for Defendant
                                      BANKISLAMI PAKISTAN LIMITED

Pursuant to the parties' stipulation, the case is dismissed with prejudice.

Date: April 5, 2021

IT IS SO ORDERED
Judge Vince Chhabria
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST FOR DISMISSAL
w/PREJUDICE / Case No. :20-cv-01786-VC             - 2 -